IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REINALDO CASTILLO, *et al.*, and<br>NELSON MENENDEZ, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Nos. 16-1624L, 17-1931L<br>)<br>)   Judge Marian Blank Horn<br>)<br>) |

**NOTICE OF CHANGE OF CONTACT INFORMATION**

Mark F. (Thor) Hearne, II, pursuant to RCFC 83.1(c)(3)(C), notifies the Court that he is now affiliated with True North Law Group, LLC. Counsel's mailing address and telephone number remain the same, and his email address is thor@truenorthlawgroup.com.

                                              Respectfully submitted,

                                              */s/ Mark F. (Thor) Hearne, II*
                                              MARK F. (THOR) HEARNE, II
                                              True North Law Group, LLC
                                              112 South Hanley, Suite 200
                                              St. Louis, MO 63105
                                              Tel: (314) 296-4000
                                              Fax: (314) 296-4001
                                              thor@truenorthlawgroup.com